

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00262-CR

Dwight **HAMPTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6905
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we delete the phrase "IT IS FURTHER ORDERED DEFENDANT AN AFFIRMATIVE FINDING OF 3G OFFENSE" from the trial court's judgment. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED May 28, 2014.

_____
Luz Elena D. Chapa, Justice